KRUEGER, Appellant, v. BROADWAY BREWING & MALTING CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Felix Krueger against the Broadway Brewing & Malting Company and others.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents.